UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE BRIAN SOCHA,<br><br>    Plaintiff,<br><br>    v.<br><br>,<br><br>    Defendant. | Case No. 21-cv-03595-PJH<br><br>**ORDER OF DISMISSAL** |

This case was opened when plaintiff, a state prisoner proceeding pro se, wrote a letter to the court. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice. Twenty-eight days has passed, and plaintiff has not submitted any filing or otherwise communicated with the court. This case is therefore **DISMISSED** without prejudice. No fee is due.

**IT IS SO ORDERED.**

Dated: June 21, 2021

                                                                                       */s/ Phyllis J. Hamilton*
                                                                                      PHYLLIS J. HAMILTON
                                                                                      United States District Judge